FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA MARIE L.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | NO:  1:21-CV-3059-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 15.  Plaintiff Lisa Marie L.[1] is represented by attorney D. James Tree.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Sarah E. Moum.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**.  Pursuant to the parties' stipulation, the Commissioner's final decision is reversed and remanded for further

---

[1] The Court uses Plaintiff's first name and last initial to protect her privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council should instruct the Administrative Law Judge to:

- reevaluate and reconsider the opinion provided by Dr. Drenguis;
- reassess the residual functional capacity;
- continue through the sequential evaluation process;
- make efforts to further develop the administrative record; and
- offer the claimant the opportunity for a new hearing

before issuing a new decision.  *See* ECF No. 15 at 1–2.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **DENIED AS MOOT**, and the caption in this matter shall be amended to reflect that Acting Commissioner Kilolo Kijakazi is substituted for Andrew Saul as the proper Defendant in this matter.  *See* Fed. R. Civ. P. 25(d).

**IT IS SO ORDERED.**  The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** January 4, 2022.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2